**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:**   11-cv-00257-WYD-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:  July 7, 2011** | **Courtroom Deputy:**   Laura Galera |

BETTY J. BARKMAN,                                              Pro se (via phone)
GERALD E. HEAL,                                                  Pro se (via phone)

     Plaintiffs,

v.

BRIAN WILSON,                                                       Earl G. Rhodes
MONTROSE COUNTY BOARD OF                       Philip L. Martin
COUNTY COMMISSIONERS,
KATHLEEN OZGA, and                                           Timothy Bart Jafek
CAROL DEANGELIS,

     Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        9:12 a.m.**
Court calls case. Appearances of counsel. Plaintiffs Betty Barkman and Gerald Heal appear *pro se* via phone.

Discussion regarding discovery, statute of limitations and Defendant Brian Wilson's Motion for Limitation of Discovery [22].

**ORDERED:** Plaintiff to file a supplemental response to Motion to Dismiss by Kathleen Ozga and Carol Deangelis Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(5) [25] no later than **July 21, 2011.** The response shall be limited to the issue or application of the statute of limitations. Defendant may file a response **within two weeks of the filing of Plaintiff's supplemental response.**

**ORDERED:** Defendant Brian Wilson's Motion for Limitation of Discovery [22] is DENIED. Discovery is stayed pending resolution of the statute of limitations issue.

HEARING CONCLUDED.
**Court in recess:        10:02 a.m.**
Total time in court:     00:50

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.