IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00257-WYD-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 22, 2011 | Courtroom Deputy: Laura Galera and Robin Mason |

*Parties:*                                                                 *Counsel:*

BETTY J. BARKMAN,                                          *Pro se* (via phone)
GERALD E. HEAL                                               *Pro se* (via phone)

    Plaintiffs,

v.

BRIAN WILSON,                                                   Earl G. Rhodes
MONTROSE COUNTY BOARD OF
COUNTY COMMISSIONERS,
KATHLEEN OZGA, and                                       Timothy B. Jafek
CAROL DEANGELIS,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:    TELEPHONIC STATUS CONFERENCE**
**Court in Session:**     3:06 p.m.
Court calls case.  Appearances of counsel.

Discussion regarding  MOTION to Dismiss for Failure to State a Claim and Insufficient Service of Process (Docket No. 25, filed on 5/20/2011), First MOTION for Summary Judgment (Docket No. 36, filed on 8/5/2011), MOTION for Sanctions against Plaintiffs under Rule 11 and/or for Attorney Fees & Costs (Docket No. 39, filed on 9/14/2011), First MOTION to Amend/Correct/Modify #1 Complaint (Docket No. 49, filed on 11/16/2011), First MOTION to Supplement Pleadings (Docket No. 54, filed on 12/16/2011).

Plaintiff Barkman advises the court she would like to turn this into a R.I.C.O. case.  Discussion between the court and plaintiffs regarding claims, merits of the case, statute of limitations, and qualified immunity.

Discussion regarding the impact filing an amended Complaint could have on the progression of the case. Plaintiff considers requesting time to file an amended Complaint with the court and the potential of filing a Motion for Preliminary Injunctive Relief.

Discussion regarding possible time line for ruling on pending motions (referred and non-referred) and each party's argument pertaining to these motions.

The plaintiffs make an oral motion to withdraw the First Motion to Amend Complaint (Docket No. 49) and First Motion to Supplement Pleadings (Docket No. 54) and requests the original Complaint be the operative pleading. Defendants have no objection.

Discussion regarding Motion for Sanctions against Plaintiffs under Rule 11. Mr. Rhodes requests the court hold the Motion for Sanctions in abeyance until the First Motion for Summary Judgment has been ruled on.

Discussion between the court and Mr. Jafek regarding staying discovery and the court ordering the plaintiffs and county to engage in written discovery. Parties agree to stay the issue of discovery until non-referred motions have been ruled on (estimated to be before 3/31/2012).

- **ORDERED:** MOTION for Sanctions against Plaintiffs under Rule 11 and/or for Attorney Fees & Costs (Docket No. 39, filed on 9/14/2011) is HELD IN ABEYANCE until the First Motion for Summary Judgment has been ruled on.

- **ORDERED:** First MOTION to Amend/Correct/Modify #1 Complaint (Docket No. 49, filed on 11/16/2011) is WITHDRAWN.

- **ORDERED:** First MOTION to Supplement pleadings (Docket No. 54, filed on 12/16/2011) is WITHDRAWN.

- **ORDERED:** The issue of discovery shall be STAYED until non-referred motions have been ruled on.

HEARING CONCLUDED.
**Court in recess**:      4:12 p.m.
Total time in court:    01:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.