IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-00257-WYD-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: May 15, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

BETTY J. BARKMAN, and  *Pro Se*
GERALD E. HEAL,  *Pro Se*

    Plaintiffs,

v.

BRIAN WILSON, *et al*.,  Earl G. Rhodes
                                  Timothy Bart Jafek

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:     11:47 a.m.**
Court calls case. Appearances of counsel. *Attorney Carolyn Bowen Clawson also appears on the line for the defendants.*

The court addresses the parties regarding the defendant's MOTION to Withdraw Document re #39 MOTION for Sanctions against Plaintiffs under Rule 11 and/or for Attorney Fees & Costs (Docket No. 76, filed 5/15/2012).

**ORDERED:** The court **GRANTS** the defendant's MOTION to Withdraw Document re #39 MOTION for Sanctions against Plaintiffs under Rule 11 and/or for Attorney Fees & Costs (Docket No. 76, filed 5/15/2012).

**ORDERED:** The defendant's MOTION for Sanctions against Plaintiffs under Rule 11 and/or for Attorney Fees & Costs (Docket No. 39, filed 9/14/2011) shall be treated as **WITHDRAWN**.

Mr. Rhodes informs the court that the defendant's MOTION for Costs (Docket No. 66, filed 4/12/2012) will also be withdrawn.

This case is at an end. A Final Judgment has been entered: ORDERED that plaintiffs' complaint and action are dismissed with prejudice by Clerk on 03/30/12 (Docket No. 63, filed 3/30/2012).

HEARING CONCLUDED.

**Court in recess:**     **11:51 a.m.**
Total time in court:    00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.